

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
### at GREENBELT

| | | | |
|---|---|---|---|
| In Re: | * | | |
| Minh Vu Hoang and Thanh Hoang | * | Case No. | 05-21078-TJC |
| | * | Chapter | 7 |
| Debtor | * | | |
| ************************************** | * | | |
| Gary A. Rosen, Trustee | * | | |
| | * | | |
| | * | Adversary | |
| Plaintiff | * | Case No. | 06-01315-TJC |
| vs. | * | | |
| Ballenger General Partnership, et al. | * | | |
| | * | | |
| | * | | |
| Defendants | * | | |

### ORDER DISMISSING ADVERSARY PROCEEDING

On March 21, 2007, the Court held a hearing concerning the status of the

Complaint for Declaratory Judgment filed by the Chapter 7 Trustee Gary Rosen (the

"Trustee") on March 21, 2006 and the answer filed by the defendants Ballenger General

Partnership, Ballenger, LLC and Alex Le on April 21, 2006.  At the hearing, the Trustee represented to the Court that the adversary proceeding had settled.  As no action had been taken since March 21, 2007, on February 5, 2009, the Court entered an Order to Show Cause why Case Should Not be Dismissed (the "Order"), Docket No. 13.  On February 19, 2009, the Trustee filed a response to the Order, Docket No. 15, stating that the case should be dismissed.

      Accordingly, it is by the United States Bankruptcy Court for the District of Maryland, hereby

      ORDERED that this adversary proceeding is dismissed.

Copies to:

Debtor
Ballenger General Partnership
7910 Woodmont Avenue, Suite 750
Bethesda, MD 20814

Mark David Meyer
Rosenberg & Associates, LLC
7910 Woodmont Ave.
Suite 750
Bethesda, MD 20814

Chapter 7 Trustee
Gary A. Rosen
One Church Street
Suite 802
Rockville, MD 20850

Roger Schlossberg, Esq.
134 West Washington Street
P.O. Box 4227
Hagerstown, MD 21741
US Trustee

**END OF ORDER**